**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY LYNN E., | ) No. EDCV 21-0502-AB (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED THAT:

    1.    Plaintiff's request for an order remanding this case for further proceedings is granted.

    2.    The Acting Commissioner's request for an order affirming her final decision is denied.

    3.    Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: December 20, 2022

_____
ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE