JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY LYNN EDDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 21-0502-AB (JPR)<br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: December 20, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE