|  |  |
|---|---|
| TAMMY LYNN EDDY,<br><br>                      Plaintiff,<br><br>  -v-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                      Defendant. | CASE NO.: 5:21-cv-00502-AB-JPR |

**~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Seven Thousand One Hundred Seventy Dollars and Sixty Cents ($7,170.60) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

**IT IS SO ORDERED.**

Date: March 22, 2023   _____

André Birotte Jr.
United States District Judge